IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE PEREA,

      Plaintiff,

v.                                            No. CV 19-888 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

      Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO REVERSE AND REMAND**

**THIS MATTER** is before the Court on Defendant Commissioner's *Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g)* (the "Motion"), (Doc. 22), filed June 22, 2020. The Court, having reviewed the Motion, and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

The Court hereby **REVERSES** the Commissioner's decision in this matter under sentence four of 42 U.S.C. § 405(g) and **REMANDS** the case to the Commissioner for further administrative proceedings and to obtain additional evidence as needed.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE