IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTINE PEREA,

       Plaintiff,

v.                                                 No. CV 19-888 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

       Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the *Order Granting Defendant's Unopposed Motion to Reverse and Remand*, (Doc. 23), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. This case is remanded to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE